THIS OPINION HAS NO PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS 

PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 239(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 The State, Respondent,
 v.
 David Ray Harper, Appellant.
 
 
 

Appeal From Orangeburg County
 James C. Williams, Jr., Circuit Court Judge
Unpublished Opinion No. 2007-UP-234
Submitted May 1, 2007 Filed May 15, 2007
APPEAL DISMISSED

 
 
 
 Assistant Appellate Defender Robert M. Dudek, South Carolina Commission, of Columbia, for Appellant
 Attorney General Henry Dargan McMaster, Chief Deputy Attorney General John W. McIntosh, Assistant Deputy Attorney General Donald J. Zelenka, Office of the Attorney General, of Columbia; and Solicitor David M. Pascoe, Jr.,   of Summerville, for Respondent.
 
 
 

PER CURIAM:  David Ray Harper appeals his guilty plea and sentence for murder.  Harper was sentenced to thirty years imprisonment.  Harper argues he was unable to knowingly and intelligently waive his constitutional rights because the trial court failed to comply with Boykin v. Alabama, 395 U.S. 238 (1969).  Harper has not filed a separate pro se brief.  After a thorough review of the record and counsels brief pursuant to Anders v. California, 386 U.S. 738 (1967) and State v. Williams, 305 S.C. 116, 406 S.E.2d 357 (1991), we dismiss[1] Harpers appeal and grant counsels motion to be relieved. 
 
APPEAL DISMISSED.
STILWELL, SHORT, and WILLIAMS JJ., concur.

[1] We decide this case without oral argument pursuant to Rule 215, SCACR.